THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>         Plaintiff,<br><br>v.<br><br>Eat Again 416,<br><br>         Defendant. | Case No.: 2:17-cv-00429-DN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Honorable David Nuffer |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Samuel Burningham and Defendant, Eat Again 416, hereby stipulate that the above-entitled Action be dismissed with prejudice, with each side to bear its own fees and costs.

**RESPECTFULLY** submitted on this 27th day of April 2018.

*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

*/s/ Justin L. James* (with permission)
Justin L. James
HATCH JAMES & DODGE PC
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: jjames@hjdlaw.com
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of April 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Justin L. James
HATCH JAMES & DODGE PC
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: jjames@hjdlaw.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*

2