IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Samuel Burningham,<br><br>                    Plaintiff,<br>v.<br><br>Eat Again 416,<br><br>                    Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:17-cv-00429-DN<br><br>District Judge David Nuffer |

Having considered the Stipulation for Dismissal with Prejudice ("Dismissal"),[1] and for good cause appearing therefor,

IT IS HEREBY ORDERED that all claims and causes of action alleged against Defendant Eat Again 416 in the above-captioned matter shall be, and they are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated May 2, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket No. 14, filed April 27, 2018.