IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Samuel Burningham,<br><br>                    Plaintiff,<br>v.<br><br>Eat Again 416,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:17-cv-00429-DN<br><br>District Judge David Nuffer |

    IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint[1] is dismissed with prejudice.

    Dated May 2, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Complaint, Docket No. 2, filed May 19, 2017.